Erik Enequist, Respondent, v. Read Holliday & Sons, Limited (of Huddersfield, England), and Others, Defendants, Impleaded with Read Holliday, as Trustee for The Yorkshire Guarantee and Securities Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

John Enequist, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Feldman, Respondent, v. Schalam Goldberg, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Anna C. Ferm, Appellant, v. New York, Ontario and Western Railway Company, Respondent.— The defendant's motion to change the place of trial for the convenience of witnesses should have been denied for laches, because of the unexplained delay of thirteen months after joinder of issue. Order reversed, with ten dollars costs and disbursements, and motion denied, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Nachman Firestone, Respondent, v. Realty Associates, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The First National Bank of Ossining, Formerly the First National Bank of Sing Sing, Respondent, v. John Hoag, Appellant, Impleaded with Isaac B. Noxon.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Rose L. Fitzpatrick, Respondent, v. John G. Oldner and Mollie Oldner, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Oscar S. Flash, Respondent, v. Joseph N. Early, Appellant. (Action No. 1.) — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Hooker and Rich, JJ.

Oscar S. Flash, Respondent, v. Joseph N. Early, Appellant. (Action No. 2.) — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Hooker and Rich, JJ.

August H. Gutkes, Appellant, v. New York Produce Exchange, Respondent, Impleaded with Others.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

William J. Hettrick, Jr., by His Guardian ad Litem, Respondent, v. Jacob Selner, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Horrmann and William K. Leicht, as Surviving Trustees of Josephine Louise Rubsam, under the Last Will and Testament of Joseph Rubsam, Deceased, Plaintiffs, v. Cornelius Furgueson, Jr., Sole Surviving Executor, etc., of Joseph Stehlin, Deceased, and Others, Defendants, Impleaded with Rubsam & Horrmann Brewing Company, Appellant, and Mamie Curran and Albery Berry, Respondents.— Order so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of George W. Donohue, Deceased. Eliza Stewart, Appellant; Marietta L. Donohue, Individually, and Others, as Executors, etc., of George W. Donohue, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

John Johnson, Respondent, v. Empire State Dairy Company, Appellant.— Order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor and Rich, JJ., concurred; Miller, J., dissented.

Frank Peter Klarmann, Respondent, v. J. George Grauer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ.

Valentine Klein and Frances Klein, Respondents, v. Richard Morrisey, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.